IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BRANDON RUFF | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| | : | NO. 14-4940 |
| LONG, et al | : | |

## ORDER

**AND NOW**, this 1st day of June 2015, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF Doc. No. 41), Plaintiff's Opposition (ECF Doc. No. 50), Defendants' Reply (ECF Doc. No. 51), and following oral argument and in accordance with the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 41) is **GRANTED** as there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law on Plaintiff's First Amendment claims for retaliation, Fourteenth Amendment claims for violation of his procedural due process rights, and, on the remaining Fourth Amendment claim against the City of Philadelphia.

The City of Philadelphia is **DISMISSED**. As such, the Clerk of Court shall **AMEND** this caption to read as above, *Ruff v. Long, et al.*

KEARNEY, J.